UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MICHAEL R. DELVAUX,

    Plaintiff,

    v.

Case No. 13-C-1434

CAROLYN W. COLVIN, ACTING
COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

ORDER GRANTING STIPULATION FOR REMAND FOR FURTHER PROCEEDINGS
PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)

This matter comes before the Court on the parties' Stipulation for Further Proceedings Pursuant to Sentence Four of 42 U.S.C. § 405(g).

The Court, having read the Stipulation and being duly advised, hereby orders that.

This case will be remanded to an Administrative Law Judge (ALJ) for rehearing. On remand, the ALJ shall provide Plaintiff with an opportunity to testify and to submit additional evidence. The ALJ will reevaluate the record, including Plaintiff's testimony and statements regarding the severity of his impairments. The ALJ will proceed through the sequential evaluation process as needed to reach a decision. The ALJ will reassess the claimant's maximum residual functional capacity in clear functional terms, with specific reference to the opinion evidence of record in support of the assessed limitations in accordance with 20 CFR §§404.1527, 416.927 and Social Security Rulings 96-2p, 96-5p, 96-6p and 06-3p. The ALJ will

further evaluate the claimant's subjective complaints under SSR 96-7p. The ALJ will reevaluate the step 4 and 5 findings and obtain vocational expert testimony, if needed.

Dated at Green Bay, Wisconsin, this 8th day of July, 2014.

BY THE COURT:

s/ William C. Griesbach
Honorable William C. Griesbach
Chief Judge